UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:

FAITH SIMS,

    Plaintiff,

v.

ROCK'N MASSAGE, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, Rock'n Massage, Inc., pursuant to 28 U.S. Code § 1446, hereby removes this case from the Broward Circuit Court to the United States District Court for the Southern District of Florida. Plaintiff filed this case alleging that the Defendant discriminated against her based on her race under 42 U.S.C. Sec. 1981. Plaintiff's Complaint could have been filed in this Court as 28 U.S.C. § 1331 makes Section 1981 claims subject to this Court's jurisdiction as a claim arising under the laws of the United States.

This Notice of Removal is filed within 30 days after the receipt by the Defendant, through service, of a copy of the Complaint setting forth the claims for relief upon which such action or proceeding is based. A copy of all process, pleadings, and orders served upon the Defendant in the Broward Circuit Court is attached hereto. Defendant will promptly give Plaintiff's counsel and the Broward Clerk of Circuit Court written notice of the removal to this Court.

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2019, a copy hereof was filed with the Clerk of the Court using CM/ECF and served on Jorge Freddy Perera, Esq., and Brody Max Shulman, Esq., Perera Barnhart, 12555 Orange Drive, Second Floor, Davie, Florida 33330-4304, by email and mail.

    /s/ MARK GOLDSTEIN
    FL Bar No: 882186
    1835 NE Miami Gardens Drive, Suite 211
    Miami, Florida 33179
    Telephone: (305) 342-4839
    E-Mail: markgoldsteinattorney@gmail.com