Filing # 98235592 E-Filed 11/01/2019 11:29:01 AM

Case Number: CACE-19-022655 Division: 14

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: _____

FAITH SIMS,

    Plaintiff,

vs.

ROCK 'N MASSAGE, INC.,

    Defendant.

_____/

DATE: 11/6/19  TIME: 1:44 PM
INITIALS: ___  ID#: 278

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production on Defendant:

**ROCK 'N MASSAGE, INC.**
**THROUGH ITS REGISTERED AGENT:**
**Fintz CPA PA**
**7301 NW 4th Street, Suite 110**
**Plantation, FL 33317**

Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **J. Freddy Perera, Esq.,** Perera Barnhart Alemán, 12555 Orange Drive, Second Floor, Davie, FL 33330 within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED ON _____NOV 01 2019_____

Brenda D. Forman

By: _____
    As Deputy Clerk

BRENDA D. FORMAN

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN, CLERK 11/01/2019 11:28:59 AM.****

## SUMMONS:
## PERSONAL SERVICE ON A NATURAL PERSON

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court. A phone call will not protect you. Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and you wage, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandante o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposser une response ecite a la plainte cijointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre

2

cause. Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat. Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

### AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas, Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349- 7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

### LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con el Coordinador de ADA en el Onceavo Distrito Judicial ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2702, Miami Fl 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Fax (305) 349-7355 por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

### ACT DE 1990 POUR AMERICAINS HANDICAPES AVIS DE l' ADA

"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas

3

Courthouse Center, 175 NW 1st Ave. Suite 2702, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 au moins 7 jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de 7 jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."

**LWA 1990 POU AMERIKEN KI ENFIM ANONS POU AMERIKEN KI ENFIM**

"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 omwen 7 jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke 7 jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."

Filed By:   J. Freddy Perera, Esq.
            Fla. Bar No.: 93625

Address:    Perera Barnhart Alemán
            12555 Orange Drive
            Second Floor
            Davie, FL 33330
            (786) 485-5232

4

Filing # 98235592 E-Filed 11/01/2019 11:29:01 AM

# IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: _____

**FAITH SIMS,**

    **Plaintiff,**

vs.

**ROCK 'N MASSAGE, INC.,**

    **Defendant.**
_____/

## COMPLAINT

Plaintiff, **FAITH SIMS** ("Sims" or "Plaintiff"), by and through the undersigned counsel, hereby files this Complaint and sues Defendant **ROCK 'N MASSAGE, INC.** ("RMI" or "Defendant") and alleges as follows:

1. This is an action for damages pursuant to the Civil Rights Act of 1866, 42 U.S.C. §1981 ("§ 1981"), to redress injuries resulting from Defendant's unlawful race-based discriminatory treatment of Plaintiff. Plaintiff seeks damages within this court's jurisdictional requirements, reasonable attorneys' fees, and costs.

2. At all times material hereto, Plaintiff was a resident of Broward County, Florida.

3. Defendant is a Corporation authorized to conduct business in the State of Florida, where Plaintiff previously worked for Defendant.

4. Venue is proper in Broward County, Florida because the employment practices hereafter alleged to be unlawful were committed within the jurisdiction

1 | Page
**PERERA BARNHART ALEMAN**
12555 Orange Drive· Second Floor · Davie, FL 33330 · Phone (786) 485.5232

of Broward County, Florida, the Parties reside and/or conduct business in Broward County, Florida, and the damages arise in Broward County, Florida.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

5. Sims is a Black individual and within a class of individuals protected § 1981.

6. Sims was hired by RMI to serve as a massage therapist providing massage services to casino patrons within the Seminole Hard Rock Hotel and Casino.

7. Based on the facts surrounding her employment, Sims was an employee of RMI where: Sims was required to utilize her state issued license as massage therapists for the benefit of RMI, Sims did not have any input regarding her weekly work schedules, Sims was required to perform services only on the premises of the Seminole Hard Rock and Casino grounds, Sims was subject to a RMI's strict quota system for her performance, and Sims was also required to wear the designated RMI uniform. Moreover, any requests for modification to her work schedules were met reprimands and/or penalties.

8. During her employment, RMI management made comments about Sims and other Black females (RMI employed no more than two individuals of color) about how darker skinned Black individuals did not perform as well as those with a lighter skin complexion.

9. Eventually, during May 2016, Stephanie Bruder, a co-owner/operator of RMI, fired Sims in retaliation for speaking out against Harry Bruder's, a co-owner/operator of RMI, lewd behavior, racial commentary, and statements made concerning the conditions of the workplace while employed with RMI.

10. Sims was terminated from her position with RMI despite her qualifications and effectiveness during her employment.

11. RMI fired Sims because of her race.

12. Any reason proffered by RMI for Sims' termination is mere pretext for unlawful discrimination.

13. Throughout her employment with RMI, Sims was able to perform the essential functions of her job duties and responsibilities, and, at all relevant times, did her job at satisfactory or above-satisfactory levels.

### COUNT I
### Race Discrimination in Violation of 42 U.S.C. § 1981
### Against Defendant Rock 'n Massage, Inc.

14. Sims re-adopts each and every factual allegation as stated in paragraphs 1-13 of this complaint as if set out in full herein.

15. Sims is a member of a protected class under § 1981.

16. By the conduct describe above, Defendant RMI engaged in discrimination against Sims because of Sims's race.

17. Such discrimination was based upon the Sims's race in that Sims would not have been the object of discrimination but for the fact that she is a Black individual.

18. Defendant RMI's conduct complained of herein was willful and in disregard of Sims's protected rights. Defendant RMI and its supervisory personnel were aware that discrimination on the basis of race was unlawful but acted in reckless disregard of the law.

19. Sims has suffered emotional distress and damage because of

PERERA BARNHART ALEMAN
12555 Orange Drive· Second Floor · Davie, FL 33330 · Phone (786) 485.5232

Defendant RMI's unlawful conduct.

20. The conduct of Defendant RMI, by and through the conduct of its agents, employees, and/or representatives, and Defendant RMI's failure to make prompt remedial action to prevent continued discrimination against Sims, deprived her of statutory rights under federal law.

21. The actions of the Defendant RMI and/or its agents were willful, wanton, and intentional, and with malice or reckless indifference to the Sims's statutorily protected rights, thus entitling Sims to damages in the form of compensatory and punitive damages pursuant to federal law.

22. Sims has retained the undersigned counsel who is entitled to attorney's fees pursuant to 42 U.S.C. § 1988, the Civil Rights Attorneys Fee Award Act.

**WHEREFORE**, Sims respectfully prays for the following relief against Defendant RMI:

a. Adjudge and decree that Defendant RMI has violated 42 U.S.C. § 1981, and has done so willfully, intentionally, and with reckless disregard for Sims's rights;

b. Enter a judgment requiring that Defendant RMI pay Sims appropriate back pay, benefits' adjustment, and prejudgment interest;

c. Enter an award against Defendant RMI and award Sims compensatory damages for mental anguish, personal suffering, and loss of enjoyment of life;

d. Require Defendant RMI award front pay to Sims;

**PERERA BARNHART ALEMAN**
12555 Orange Drive· Second Floor · Davie, FL 33330 · Phone (786) 485.5232

e. Award Sims punitive damages;

f. Award Sims the costs of this action, together with a reasonable attorneys' fees; and

g. Grant Sims such additional relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated: November 1, 2019

By: /s/ *Brody M. Shulman*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pba-law.com
Valerie Barnhart, Esq.
Florida Bar No. 88549
valerie@pba-law.com
Bayardo E. Alemán, Esq.
Florida Bar No. 28791
bayardo@pba-law.com
Brody M. Shulman, Esq.
Florida Bar No. 92044
brody@pba-law.com

**PERERA BARNHART ALEMAN**
12555 Orange Drive
Second Floor
Davie, FL, 33330
Telephone: 786-485-5232
COUNSEL FOR PLAINTIFF