**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FAITH SIMS,

    Petitioner,

v.                                                         Case No: 8:20-cv-1727-T-30JSS

ROCK N MASSAGE, INC.,

    Respondent.

_____

ORDER

    The Court has been advised via a Report of Mediation (Dkt. 36) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida, this 3rd day of August, 2020.

                                                               JAMES S. MOODY, JR.
                                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record